IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRUBB MANAGEMENT, INC., as next friend, Sterling Collier Hills Apts.,<br><br>    Plaintiff,<br><br>v.<br><br>MYRUS WEAVER and all Other Occupants,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-5190-MHC-JSA |

# **ORDER**

This *pro se* action by Defendant Myrus Weaver seeking to remove a landlord-tenant dispute action from the Magistrate Court of Fulton County, Georgia, is before the Court on the Final Report and Recommendation of the Magistrate Judge ("R&R")  [Doc. 4] recommending that this case be remanded to the Magistrate Court of Fulton County based upon the absence of federal subject matter jurisdiction.  The Order for Service of the R&R [Doc. 5] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order.  No objections have been filed to the R&R.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1).  Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 4] as the judgment of the Court.  The action is **REMANDED** to the Magistrate Court of Fulton County, Georgia.

**IT IS SO ORDERED** this 19th day of January, 2021.

_____
MARK H. COHEN
United States District Judge